UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**ROLAND HAMPTON,**

         Plaintiff.

    v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

         Defendant.

Civil No.: 3:~~XS~~14-CV-00924-HZ

ORDER FOR EAJA FEES

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412,  it is hereby ordered that EAJA attorney's fees of $4352.37 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

IT IS SO ORDERED.

DATED this _22_ day of _June_____, 2015.

_Marco Hernandez_____
Marco A. Hernandez
United States District Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff